E-FILED
Friday, 02 September, 2022  10:00:48 AM
Clerk, U.S. District Court, ILCD

FILED
SEP 1 - 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Dylan B. Clark<br><br>*Defendant(s)* | Case No. 22-MJ-7119 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 27-28, 2022** in the county of **Vermilion** in the
**Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2241(c) | Aggravated Sexual Abuse (with a Child under 12 Years) |

This criminal complaint is based on these facts:
See FBI Special Agent John Gerrity's affidavit, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

s/John Gerrity

*Complainant's signature*

FBI Special Agent John Gerrity
*Printed name and title*

Attested to by reliable electronic means being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1..

s/Eric I. Long

Date: 9/1/2022

*Judge's signature*

City and state: Urbana, Illinois

Eric I. Long, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Special Agent John Gerrity, being duly sworn, do hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in this capacity since January 2016. I am currently assigned to a squad in the Champaign Resident Agency of the Springfield Division that investigates violations of federal law relating to the sexual exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors.

2. I am personally involved in an investigation with other federal, state, and local law enforcement agencies into alleged criminal activities perpetrated by DYLAN B. CLARK ("CLARK"). The information contained in this affidavit is based upon a review of public and private records, local law enforcement reports, interviews of witnesses, and other investigative activities conducted by law enforcement personnel assigned to this case.

3. Because this Affidavit is provided for the limited purpose of establishing probable cause for an arrest warrant and criminal complaint, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that CLARK has committed the charged offense.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of the following:

a. **Aggravated Sexual Abuse with Children** in violation of Title 18, United States Code, Section 2241(c), which prohibits any person from crossing a State line with intent to engage in a sexual act with a person who has not attained the age of 12 years, or in the special maritime and territorial jurisdiction of the United States or in a Federal prison, or in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly engages in a sexual act with another person who has not attained the age of 12 years, or knowingly engages in a sexual act under the circumstances described in subsections (a) and (b) with another person who has attained the age of 12 years but has not attained the age of 16 years (and is at least 4 years younger than the person so engaging), or attempts to do so.

b. **Kidnapping** in violation of Title 18, United States Code, Section 2242(b), which prohibits any person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

## The Offense Conduct

4. On August 27, 2022, Vermilion County Sheriff's Department ("VCSD") Deputies were dispatched to a residence in Georgetown, IL regarding a possible child abduction.

5.  Upon arrival, a VCSD Deputy spoke with the father of an 11-year-old girl, hereinafter referred to as "Minor Victim" or "MV."[1] MV told her father that she was going to a friend's house earlier in the day on August 27, 2022. When MV's father, hereinafter referred to as "VF", contacted the friend MV had claimed she was visiting, he learned that MV had never gone to the friend's house, nor did the friend know where MV was.

6.  VCSD sent an emergency request to Snapchat to learn the e-mail address that MV was using for Snapchat and other social media accounts. Snapchat provided that email address pursuant to the request.

7.  A short time later, VF advised VCSD deputies that he was able to gain access to MV's Snapchat, Gmail account, and Discord[2] accounts. On MV's Discord account, a chat with the user "DBC53#8313" was located.

   a. Chats between MV and DBC53#8313 (referenced hereinafter as "DBC") from August 27, 2022 are detailed below in part:

   **DBC**: [sends a photo of himself]

   MV: [sends two photos of herself]

   **DBC**: I get food too

   MV: I think I might like u I have a question Do u maybe wanna like date or like talk more??

---

[1] Law enforcement is aware of MV's identity, as well as the identity of her father, but neither are detailed in this affidavit to protect the identity and confidentiality of the minor victim. 18 U.S.C. 3509(d).

[2] Discord is an online messaging platform where millions of users from around the world connect with each other through chat, voice, and video. Discord is available on both a desktop (PC, Mac, Linux) application and a mobile (iOS, Android) application, and the service can also be accessed from www.discordapp.com.

DBC: [sends a Google Maps location of a Franklin Township, IN park and two images of the inside of a Ford Mustang vehicle and an exterior image of a grey Ford Mustang.]

MV: [sends a Google Maps location of the Georgetown, IL City Park located on Perrysville Ave. in Georgetown, IL]³

MV: Are u gonna be able to come BC if so I need to grab some of my stuff

DBC: [initiates a voice call which lasts approximately one hour]

MV: What time will u arrive

DBC: It says like 2:06

MV: Ok Are u almost hereeee <333

DBC: 53 minutes

MV: Okii I'm so nervous

DBC: Same

MV: OK well IMA start walking So I'll be there before you

DBC: Oki

MV: You won't be able to tell me your there but I will just look for your car.

8. VCSD and VF were able to manipulate MV's Discord account to locate a Spotify account associated with the Discord user DBC53#8313, which had a listed display name as "DYLAN CLARK."

---

³ Video surveillance footage from Georgetown Park shows CLARK arriving in a grey Ford Mustang and MV1 getting in the vehicle with him.

9. VCSD contacted the Johnson County Indiana Sheriff's Department ("JCSD") with the information obtained in the investigation, and law enforcement were able to identify the residence of CLARK from Franklin, IN based upon photos sent to MV's Discord account by user DBC53#8313, including the photo of a grey Ford Mustang.

10. When JCSD made contact at CLARK's residence in Franklin, IN in the early morning hours of August 28, 2022, CLARK was located inside the residence along with MV.

11. Subsequent to MV being located in CLARK's residence in Indiana, VCSD deputies swore out an arrest warrant for the state charge of kidnapping pursuant to 720 ILCS 5/10-1. JCSD was notified of the warrant, and CLARK was taken into custody in Johnson County, IN, on August 28, 2022.

12. While JCSD deputies were with CLARK and CLARK's parents, after making contact based upon the information relayed by VCSD, CLARK told his parents in the presence of JCSD deputies that he had picked up a girl from a park who he had met online and that he should have never gone to do it. This interaction is believed to have been recorded on a JCSD deputy's body worn camera.

13. On August 29, 2022, MV was interviewed at the Public Safety Building in Danville, IL by a VCSD deputy who has training as a forensic interviewer. MV disclosed that she met CLARK through an XBOX game and would communicate with him vocally through a headset while playing the game. MV could not recall exactly when she began communicating with CLARK. MV advised that, after CLARK picked up MV in a dark colored Ford Mustang on August 27, 2022, and took her back to his residence in Indiana,

CLARK told his parents that he and MV met in college. MV disclosed that she had had sexual intercourse twice with CLARK at his residence in Indiana on August 27-28, 2022, prior to law enforcement arriving at the residence.

FURTHER AFFIANT SAYETH NAUGHT.

s/John Gerrity

JOHN GERRITY
Special Agent
Federal Bureau of Investigation

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on ~~August~~ Sept 1, 2022.

s/Eric I. Long

ERIC I. LONG
United States Magistrate Judge